PJH 555

FILED
APR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983**

Name Humdy James J. H
(Last) (First) (Initial)

Prisoner Number J-74235H P.O. Box 7500

Institutional Address P.B.S.P C5-106 crescent City CA 95532

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James Fleetwood Humdy JR
(Enter the full name of plaintiff in this action.)

vs.

Pelican Bay State Prison
Director of Corrections
warden Horel

(Enter the full name of the defendant(s) in this action)

CV 08 2194

Case No. C08-1096 PJH
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

E-filing

PJH

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement Pelican Bay (shu)

B. Is there a grievance procedure in this institution?

YES (✓) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES (✓) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. Log. No# S-07-00933 Cat W/S. The Formal level was addressed Prior to me writing the 602 Refer to chaplain Blessiner, and food chief manager Brain Adams.

08-2194 PJH

1. Informal appeal writen statement to chaplain. Blessiner march 25, 2007

Denied !!

2. First formal level Brain Adams Correctional food manager I April 10, 2007

Denied !!

3. Second formal level appealed to 2nd level conrsler B. lampes, CCII partial grant, But no results. 7-09-07

4. Third formal level I discussed verbally towards warden Horel and The Comittee No, response, intered Director level and Denied oct, 14, 07

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( ) NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why.

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Pelican Bay State Prison C5-106 P.O. Box 7500 Cresent City, California 95532

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

Robert A. Horel Warden at Pelican Bay State Prison Department (Director) of corrections



on The warden's level should have Been Granted fully. I was given (2) options, But

But none were delivered and it is The sole purpose of my appeal to be given The opportunity to practice my religion within reason, a Kosher meal during feastive holidays (rabbi blessing) or transfer.

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

All (3) levels was address and reasonable request from chaplain Blessiner 4-20-07 who refer me to food manager I Brian Adam's, where initially started The 602 Process, CCI B. lampus Partially granted my appeal with no active response's to my request on 2nd level 6-25-07 7-09-07 I addressed This topic with Warden A. Harel and was given (2) options again (1) would be request Transfer to where Jewish Kosher Meals were accomodated, or wait for Prison to hire a Jewish rabbi to bless The Kosher Meals during feastive holiday's. its appear later and niether Director of Corrections nor warden has accomodated me Those options.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I'd like for Them both Director of Corrections and warden to pay The court cost @ $350.00 and additional cost for expense's $500.00 and to transfer me to prison That accomodate Jewish prisoners.



Nothing has been done to accomodate me for my religious Kosher Meals are Jewish Practice.

a Year has Passed and a 2nd Festival. feast of Unleaven Bread has been neglicted I have been reduced to forfieting meals because of the yeast and bread Products That are given to me I often go hungry.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21st day of april, 2008

James Humaly
(Plaintiff's signature)

RECEIVED / FOUND

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region: 1. PBSP PELICAN BAY STATE PRISON SECURITY HOUSING UNIT 2.

Log No.: 1. S-07-00933 2.

Category: 11/5

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James Humdy | J-74235* | | C5-106 ~~ASU/PBS~~ |

A. Describe Problem: I have establish myself as a (Yadic) Jew or hebrew etc.. and since Then I have not been given my religious rights or freedoms. I've Taken every necessary step and formallity to seek some sort of relief further's my rights (1st amendment, 14th amendment) under The turner Rule, as well as The (RFRA) religious freedom act rule. & (RLUIPA) religious land-Use-and-Institutionalized-Person-act Rule - I am follower of The "house of Yahweh" located in Abilene, Tx a Jewish (yadian) sect That believes fully in The Messiah The Son of Yahweh, "Yashua Messiah" and I fully believe That "Yeshuah" died for mankind sins and That in following "Yahweh laws" (613 - 248 + postive commandments + 365 prohibitions) I will be in accordance with good honorable congregations of The Seven "churchs of The house of Yahweh"

If you need more space, attach one additional sheet.

B. Action Requested: ① I simply ask That PelicanBay Prison recognize Hebrew rights to Celebrate all of it's holydays and feastables, and The correctional food manager accomodate The food and diet's That's required, rather in General-Population or shu, ads-eg. ② to either be transfered to a correctional facility That does recognize "Yahwehs" elect people. ③ to not otherwise Be retaliated against or reprisal been met against →

Inmate/Parolee Signature: James Humdy    Date Submitted: 4-12-07

C. INFORMAL LEVEL (Date Received: ______)

Staff Response: Notice informal BYPASS By Passed And

Staff Signature: ______    Date Returned to Inmate: ______

RECEIVED JUL 18 2007 INMATE APPEALS BRANCH

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

formal level been met !! BYPASS By Passed

Signature: ______    Date Submitted: ______

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

APR 16 2007 26    APR 20 2007 1ST AW-GP    JUN 01 2007 2ND APPEALS

First Level ☐ Granted ☒ P. Granted ☒ Denied ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 4-20-07 Due Date: 6-04-07

Interviewed by:

Staff Signature: [signature] Title: SSS Date Completed: 5-15-07

Division Head Approved: Signature: [signature] Title: AW-GP Returned Date to Inmate: MAY 29 2007

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Although accomodations are in Prodgress, I would simply like to be Place in a facility that's establish with hebrew accomodation's such as my own. "Yadiam" for which hebrew's excepts Yashua as they One and only true savior. "The house of YaHweH" is establish in 6 other Prisons. I like to go there

Signature: James Hurndez Date Submitted: 5-31-07

Second Level ☐ Granted ☒ P. Granted ☐ Denied ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 6-1-07 Due Date: 6-29-07

☒ See Attached Letter

Signature: B. Lamples, CCII Date Completed: 6-25-07

Warden/Superintendent Signature: [signature] Date Returned to Inmate: 7-9-07

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Dissatisfied because a Partially Grant does absolutely nothing to accomod-ate my religious needs which are infact annually, in a partial grant in this case only establish Promise, with no results. I'd like to be Granted the rights to all feast and festival's of my faith (Yadaim) which is a Jewish sect. or Transfered To and active facility that fully establish accomadations.

Signature: James Hurndez Date Submitted: 7-15-07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☒ Denied ☐ Other

☒ See Attached Letter

Date: OCT 14 2007

CDC 602 (12/87)

Special diets: Special religious diets often raise issues of cost and sometimes also raise questions related to the Establish Clause, which prohibits endorsement Clause, which prohibits endorsements of one religion above others. Courts have often required prison to accommodate prisoners' religious diets, but usually allow them to do so in a way that is least costly for them. Ashelman v. Wawrzaszek, 111 F.3d 1179 (10th cir. 2002) Makin v. Colorado Dept of Corrections, 183 F.3d 1205 (10th cir. 1999). The first amendment protects my right under free Exercise Clause Establish Clause. The fourteenth Amendment says that the Government cannot discriminate against me or treat me poorly because of my religion. The religious freedom Restoration Act (R F R A)

The (R.L.U.I.P.A) religious-land-use-and-Institutionalized-Persons Act rule see mayweather's v. Newland, 314 F.3d 1062 (9th Cir. 2002); Charles v. Verhagen f.3d. No. 02-3572, 2003 WL 22455960 (7th Cir. Oct. 30, 2003). Madison v. Riter, 240 f.supp.2d 566 (W.D. Va 2003); Cutter v. Wilkinson f.3d, 2003 WL 22513973 (6th Cir. Nov. 7, 2003).

— Scriptural Riverences —

Torah or Holy scriptures, Bible

-189-

- Do not eat any bread in celebration of the feast until the Omer offering has been presented to the Priest at the beginning of the 15th of ABIB. Leviticus 23:14; 10
- Donot eat any parched grain in celebration of the feast until the omer offering has been presented to the priests at the beginning of the 15th of ABIB. Leviticus 23:14 -190-
- Do not eat of the fresh green ears in celebration of the feast until the Omer offering has been presented to the Priest's at the beginning of the 15th of ABIB. Leviticus 23:14 -191-
- Do not eat leaven bread during the feast of Unleavened Bread, Exodus 13:3 -197-
- Do not eat any leaven ~~bread~~ product during the feast of Unleaven Bread Exodus 12:20 198-
- Do not eat leaven bread with PassOver lamB. Deuteronomy 16:3 -199-
- No leavened bread is to be found in any of our possessions during the feast of unleaven Bread Exodus 13:7 -200-
- No leaven is to be found in any of our possessions during the feast of Unleaven Bread, Exodus 12:19 -201-
- Remove all leaven from all your property before the 15th of Abib Exodus 12:15 156.
- EAT unleaven bread from the 15th Through the 21st of Abib, Exodus 12:18

Continue B. Action — Requested. From 602 K

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-5

My Person(s).

Please Consult The House of Yahweh for Calender Events and any Question on Yahweh

Feast(s). 1-800-613-9494

Hello I am a [illegible] (Jew) inmate who's [illegible] [illegible] the feast of Unleaven Bread and I cannot continue to pass up trays for the feast is until April 21st the feast is a very important celebration for it is a sign that gives recognition Jews to Yahweh our Heavenly father when he led Yisreal out of eygpt. I request simply no yeast of any kind, or bread are grain, are green ears any green vegetables If I have to I will eat Beans and Cheese meat until 15th of ABiB Then simply unleaven bread example corn tortillas flour tortillas paster rice. You Can Call This number 1-800-613-9494 a direct toll free line to the Honorable YISRAYL Hawkins at The house of Yahweh Elder and Paster of The pillar and Ground of the Truth. My verification of such a tithe.

I've also wrote the Chaplain and He explain that no accomodations will Be Met, and Just need your input! Before Going further into this situation!

Thank You and May Yahweh
Bless You UnderStanding

James Hurdy J74235
ASU/B6#

4-05-07

March 25, 2007

James, you must work out your bread concerns with the Food Service Department. I do not have anything to do with the food served on the menu. You were at one time receiving a the Special Religious Diet but now you are on the standard try and Food service controls the menus.

Chaplain Bliesner

informal level

State of California 13-6

# Memorandum

PELICAN BAY STATE PRISON ... ING UNIT ... C-5

Date: April 10, 2007

To: James Humdy, J74235

From: Department of Corrections and Rehabilitation
Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000

Subject: **SPECIAL ACCOMMODATIONS**

In respond to your letter dated April 5, 2007, Pelican Bay State Prison does not have a kosher program. The only program available is a vegetarian religious diet which you no longer participate in the program. I can not meet the individual needs of each inmate and this request is considered a personal preference. I recommend that you contact the Chaplain if you would like to go back on the vegetarian diet.

There are other institutions with the Kosher Programs in place and if you are qualified you may request to be transferred to such an institution.

Thanks you and if you have any questions feel free to contact me at 9096.

Brian S. Adams

BRIAN ADAMS
Correctional Food Manager I
Food Service Department

Attachments

formal Level

# FIRST LEVEL SUPPLEMENTAL PAGE

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-

**RE**: PELICAN BAY STATE PRISON
Appeal Log # **PBSP-S07-00933**
First Level Reviewer's Response

**INMATE**: HUMDY, J-74235

**APPEAL DECISION: PARTIALLY GRANTED**

**APPEAL ISSUE:** (modified)

You request that Pelican Bay State Prison (PBSP) recognize the rights of Hebrews to celebrate their holidays and to accommodate the food and diet that is required, or to be transferred to an institution that does recognize your religion. You also request not to be retaliated against for filing this appeal.

**APPEAL RESPONSE:**

On May 5, 2007, Correctional Sergeant R. Berry attempted to conduct an interview with you concerning the contents of your appeal. During the interview you stated that you wished to continue with this appeal. A review of your Appeal has been completed. Your requested modifications and accommodations have received careful consideration.

The California Department of Corrections and Rehabilitation (CDCR) respects the religious beliefs of all inmates, and does not discriminate because of religion. PBSP does not currently have a Jewish Rabbi on staff, but is actively seeking a candidate for the position. The Jewish Kosher Program cannot be administered unless it is supervised by a Rabbi. Chaplin Bliesner can put you in contact with an outside Rabbi to accommodate your religious holidays. During your Institutional Classification Committee you can request a transfer to an institution that currently has a Rabbi on staff. It is the policy of the CDCR not to retaliate in any way against an inmate that files an appeal.

**DETERMINATION OF ISSUE:**

Based upon the above information your appeal is **PARTIALLY GRANTED** at the first Level of Review. You have the right to appeal this decision to the next level per the CCR, Title 15, Section 30841.1(a).

M. FOSS
Facility Captain
Facility B

5.24.07
Date

M. A. COOK
Associate Warden
General Population

5-25-07
Date

| PELICAN BAY STATE PRISON |
| --- |
| SECOND LEVEL REVIEW |

DATE: JUL 0 2 2007

Inmate HUMDY, J-74235
Pelican Bay State Prison
Facility C, Security Housing Unit
Building 5, Cell 106

RE: WARDEN'S LEVEL DECISION
APPEAL LOG NO. PBSP-S-07-00933

APPEAL: PARTIALLY GRANTED
ISSUE: LIVING CONDITIONS

This matter was reviewed by ROBERT A. HOREL, Warden, at Pelican Bay State Prison (PBSP). Correctional Sergeant R. Berry interviewed the inmate on May 5, 2007, at the First Level of Appeal Review.

ISSUES

Inmate Humdy requests to be served a Jewish kosher diet and to have no reprisals taken against him for having filed the appeal.

FINDINGS

I

The inmate requests to be served a Jewish kosher diet on all religious holidays or be transferred to an institution where such a diet can be provided.

II

The California Code of Regulations (CCR), Title 15, Section 3054 (a), states each institution shall make *reasonable efforts*, as required by law, to accommodate those inmates who have been determined pursuant to CCR, Title 15, Section 3054.3 (b) (1), to require a religious diet.

The CCR, Title 15, Section 3054 (e), states there shall be at least two distinct religious diet options: vegetarian and Jewish kosher.

The Departmental Operations Manual, Article 51, Food Service, Section 54080.14, states if a Jewish inmate is housed at an institution that does not have a Jewish kosher diet program, he may upon request, be considered for transfer to another institution that meets their kosher need and classification.

DETERMINATION OF ISSUE

PBSP is currently putting forth reasonable efforts to recruit a full-time Jewish Chaplain via the California Department of Corrections and Rehabilitation and the State Personnel Board's Vacancy

Supplement Page 2
HUMDY, J-74235
Appeal # PBSP-S-07-00933

Lists to allow for the religious and spiritual welfare of all Jewish inmates. Meanwhile, the Jewish inmates housed at PBSP are limited to resources provided by the Aleph Institute, since a Jewish kosher diet cannot be administered without being supervised by a Rabbi.

The inmate is currently housed in the Security Housing Unit on an indeterminate basis and is scheduled for a 180-day review in November 2007, during which time he may request to be transferred to an institution where a Jewish kosher diet is provided. Additionally, reprisals will not be taken against the inmate as a result of filing the appeal; therefore, the APPEAL IS PARTIALLY GRANTED.

MODIFICATION ORDER

No modification of this action or decision is required.

ROBERT A HOREL
Warden

BDS #60 6-25-07

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date: OCT 1 4 2007

In re: Humdy, J-74235
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

IAB Case No.: 0702289 Local Log No.: PBSP 07-00933

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner R. Pimentel, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I APPELLANT'S ARGUMENT:** It is the appellant's position that the Pelican Bay State Prison (PBSP) is inappropriately refusing to provide him religious accommodations relative to meal service. The appellant contends that due to his religious practices he must be served a kosher meal. The appellant requests to be provided kosher meals, or to be transferred to another institution that has kosher meals, and that no retaliation be taken against him.

**II SECOND LEVEL'S DECISION:** The First Level of Review informed the appellant that PBSP does not have a rabbi on staff, but the PBSP is actively canvassing to hire one. The Second Level of Review (SLR) advised the appellant that the Aleph Institute was contacted relative to assisting PBSP provide religious services for the inmate population. The SLR noted that the PBSP resources are limited relative to kosher meals and that there is not a rabbi on staff to oversee a kosher meal program. The SLR noted that the appellant's case factors are pending review at his annual review and at that time his request for transfer will be considered. The SLR partially granted the appeal.

**III DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A. FINDINGS:** The documentation and arguments are persuasive that the appellant has failed to support his appeal issues with sufficient evidence or facts to warrant a modification of the SLR. The Director's Level of Review (DLR) finds pursuant to California Code of Regulations, Title 15, Section (CCR) 3054 "(a) Each institution shall make reasonable efforts, as required by law, to accommodate those inmates who have been determined, pursuant to CCR, Title 15, subsection 3054.3(b)(1), to require a religious diet." The DLR notes that the key words are "reasonable efforts." The DLR notes that the PBSP religious staff has contacted an outside institute of the Jewish faith to provide assistance to the inmate population of that faith. The appellant argues that this is insufficient; however, the PBSP has provided the appellant an articulate response that additional measures are not possible. The appellant was advised that a full time kosher meal program cannot be accomplished at PBSP because there is not rabbi on staff to oversee the process. The PBSP is making reasonable attempts to hire a rabbi, but in the interim the Protestant Chaplain serves as the Jewish advisor. The appellant was informed that during his annual review he may be request transfer to another institution. Therefore no relief is provided at the DLR.

**B. BASIS FOR THE DECISION:**
CCR: 3000, 3001, 3050, 3054, 3054.1, 3054.3, 3054.4, 3084.2, 3210, 3380
CDC Operations Manual Section: 54080.14

**C. ORDER:** No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc: Warden, PBSP
Appeals Coordinator, PBSP


James Humdy J 74235
Pelican Bay State Prison
B-106 P.O. Box 7500
Cresent City, CA 95532
Legal Mail
PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532
UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004217666
$ 01.31⁰
APR 23 2008
MAILED FROM ZIP CODE 95531
U.S District Court
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-9680
RECEIVED
APR 25 2008