**FILED**
APR 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# E-filing

PJH
(PR)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CV 08  2194

James Fleetwood Humdy Jr
    Plaintiff,

vs.

Warden Horel Pelican Bay
State Prison,
Director of corrections Defendant.
of California

CASE NO. C08-1096 PJH (struck through)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, James Humdy Jr., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS             - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.   Business, Profession or            Yes ____  No ✓
10         self employment
11   b.   Income from stocks, bonds,         Yes ____  No ✓
12        or royalties?
13   c.   Rent payments?                     Yes ____  No ✓
14   d.   Pensions, annuities, or            Yes ____  No ✓
15        life insurance payments?
16   e.   Federal or State welfare payments, Yes ____  No ✓
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____

22  _____

23  3.      Are you married?                        Yes ✓  No ____
24  Spouse's Full Name: Nitia Humdey
25  Spouse's Place of Employment: Unknown
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ Unknown            Net $ Unknown
28  4.      a.   List amount you contribute to your spouse's support: $ None

Case Number: C08-1096-PJH

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __James Humdy Jr__ for the last six months
[prisoner name]
__Pelican Bay State Prison__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __15.83__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __27.26__ .

Dated: 4/21/08

_____
[Authorized officer of the institution]

- 5 -

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _____Not Applicable_____
6  _____
7  5. Do you own or are you buying a home?    Yes ____ No ✓
8  Estimated Market Value: $ __N/A__  Amount of Mortgage: $ __N/A__
9  6. Do you own an automobile?    Yes ____ No ✓
10 Make __N/A__ Year __N/A__ Model __N/A__
11 Is it financed? Yes __N/A__ No __N/A__ If so, Total due: $ __N/A__
12 Monthly Payment: $ __N/A__
13 7. Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: __N/A__
15 _____
16 Present balance(s): $ __$20.00__
17 Do you own any cash?  Yes ✓ No ____ Amount: $ __$20.00__
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No ✓
20 _____N/A_____
21 8. What are your monthly expenses?
22 Rent: $ __N/A__  Utilities: __N/A__
23 Food: $ __N/A__  Clothing: __N/A__
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____  $ _____  $ _____
27 _____  $ _____  $ _____
28 _____  $ _____  $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

None

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Fulbright v. Jones U.S.D.C. W.D. Okla, 2006 WL 222807 unreported

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4/21/08
DATE                        SIGNATURE OF APPLICANT

Case Number 08-1096 PJH

## CERTIFICATION OF FUNDS

## IN

## PRISONER'S ACCOUNT

FILED 08 MAR 26 PH 1:42

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>James Fleetwood Humdy J74235</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>15.83</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>27.26</u>.   (20%= $5.45)

Dated: 3/12/08

_____
Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
REPORT ID: TS3030.701                              REPORT DATE: 03/10/08
                                                   PAGE NO:             1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         PELICAN BAY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 10, 2008

ACCOUNT NUMBER : J74235              BED/CELL NUMBER: CF05L 000000106L
ACCOUNT NAME   : HUMDY, JAMES FLEETWOOD   ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                          TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION      COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------      -------      ---------   --------   -----------   -------

09/01/2007    BEGINNING BALANCE                                                   40.00

09/05  FC04  DRAW-FAC 4       1095  C-5                              40.00         0.00
09/28  D300  CASH DEPOSIT     1483SI9/27               50.00                      50.00
10/02  FC04  DRAW-FAC 4       1548  C-5                              45.00         5.00
10/12  W517  WRAP/S           1734                                    0.50         4.50
10/12  W501  SHIPPING CHAR    1734                                    4.50         0.00
11/30  D300  CASH DEPOSIT     2365 #104                20.00                      20.00
12/03  W501  SHIPPING CHAR    2384/1734                                1.45       18.55
12/04  FC04  DRAW-FAC 4       2428  C-5                              18.55         0.00
       ACTIVITY FOR 2008
02/04  D300  CASH DEPOSIT     3338 #150                25.00                      25.00
02/07  W502  POSTAGE CHARG    3486                                    0.02        24.98
02/20  W512  LEGAL POSTAGE    3642                                    2.84        22.14
03/03  FC04  DRAW-FAC 4       3823  C-5                              22.14         0.00
03/05  D300  CASH DEPOSIT     3853 #172                25.00                      25.00
03/07  W513  MISC. CHARGES    3965                                    5.90        19.10
03/07  W513  MISC. CHARGES    3965                                    0.60        18.50

                          TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL         TOTAL        CURRENT       HOLDS       TRANSACTIONS
  BALANCE      DEPOSITS     WITHDRAWALS    BALANCE      BALANCE      TO BE POSTED
 ---------    ---------     -----------    -------      -------      ------------
   40.00       120.00         141.50        18.50         0.00           0.00

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                               18.50
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE