UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FLEETWOOD HUMDY, JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>PELICAN BAY STATE PRISON;<br>DIRECTOR OF CORRECTIONS; and<br>Warden HOREL,<br><br>    Defendants.                  / | No. C 08-2194 PJH (PR)<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND EXTENDING TIME TO AMEND** |

    This is a civil rights case filed pro se by a state prisoner. On initial review, the complaint was dismissed with leave to amend. Plaintiff has moved for appointment of counsel.

    There is no constitutional right to counsel in a civil case, *Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981), and although district courts may "request" that counsel represent a litigant who is proceeding in forma pauperis, as plaintiff is here, *see* 28 U.S.C. § 1915(e)(1), that does not give the courts the power to make "coercive appointments of counsel." *Mallard v. United States Dist. Court*, 490 U.S. 296, 310 (1989).

    The Ninth Circuit has held that a district court may ask counsel to represent an indigent litigant only in "exceptional circumstances," the determination of which requires an evaluation of both (1) the likelihood of success on the merits and (2) the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991).

    Plaintiff appears able to present his claims adequately, and the issues are not complex. The motion for appointment of counsel (document number 5 on the docket) is

1  **DENIED**.  The time for plaintiff to file his amended complaint is **EXTENDED** to August 22,
2  2008.
3      **IT IS SO ORDERED.**
4  Dated:  July 28, 2008.

          PHYLLIS J. HAMILTON
          United States District Judge

28  G:\PRO-SE\PJH\CR.08\HUMDY2194.ATY.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES F HUMDY JR,

        Plaintiff,

v.

PELICAN BAY STATE PRISON et al,

        Defendant.
_____/

Case Number: CV08-02194 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Fleetwood Humdy J-74235
Pelican Bay State Prison
C5-106
P.O. Box 7500
Crescent City, CA 95532

Dated: July 28, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk