**United States District Court**

For the Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5

6

7   JAMES FLEETWOOD HUMDY, JR.,

8                  Plaintiff,                          No. C 08-2194 PJH (PR)

9          v.                                          **ORDER OF DISMISSAL**

10  PELICAN BAY STATE PRISON;
    DIRECTOR OF CORRECTIONS; and
11  Warden HOREL,

12                 Defendants.
    _____/
13

14          This is a civil rights case filed pro se by a state prisoner.  In the initial review order

15  the court concluded that plaintiff had failed to state a claim and dismissed the complaint

16  with leave to amend within thirty days.  Although the court extended the time to amend, the

17  deadline to do so has passed without any response from plaintiff.  This case therefore is

18  **DISMISSED** with prejudice for failure to state a claim.

19          **IT IS SO ORDERED.**

20  Dated:  September 2, 2008.
                                        _____
21                                              PHYLLIS J. HAMILTON
                                              United States District Judge
22

23

24

25

26

27

28  G:\PRO-SE\PJH\CR.08\HUMDY2194.dismiss no amend.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JAMES F HUMDY JR,

                Plaintiff,

  v.

PELICAN BAY STATE PRISON et al,

                Defendant.

_____/

Case Number: CV08-02194 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


James Fleetwood Humdy J-74235
Pelican Bay State Prison
C5-106
P.O. Box 7500
Crescent City, CA 95532

Dated: September 2, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk