United States District Court
For the Northern District of California

1
2
3                         UNITED STATES DISTRICT COURT
4                        NORTHERN DISTRICT OF CALIFORNIA
5
6
7   JAMES FLEETWOOD HUMDY, JR.,
8              Plaintiff,                         No. C 08-2194 PJH (PR)
9        v.                                       **JUDGMENT**
10  PELICAN BAY STATE PRISON;
    DIRECTOR OF CORRECTIONS; and
11  Warden HOREL,
12              Defendants.
                                    /
13  _____
14        A judgment of dismissal with prejudice is entered in favor of defendants and against
15  plaintiff.  Plaintiff shall take nothing by way of his complaint.
16        **IT IS SO ORDERED**.
17  Dated:  September 2, 2008.        _____
18                                          PHYLLIS J. HAMILTON
                                         United States District Judge
19
20
21
22
23
24
25
26
27
28  G:\PRO-SE\PJH\CR.08\HUMDY2194.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JAMES F HUMDY JR,

              Plaintiff,

   v.

PELICAN BAY STATE PRISON et al,

              Defendant.

—————————————————————/

Case Number: CV08-02194 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


James Fleetwood Humdy J-74235
Pelican Bay State Prison
C5-106
P.O. Box 7500
Crescent City, CA 95532

Dated: September 2, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk